# United States Bankruptcy Court
## District of Arizona

In re  **MICHAEL CHRISTOPHER BAIRD**                                      Case No.  **2:20-bk-02892**

Debtor(s)                                                                Chapter  **7**

# Notice of Change of Address

Debtor's Social Security Number:          **xxx-xx-7719**

**Debtor's former Mailing Address is:**

Name:          **MICHAEL CHRISTOPHER BAIRD**

Street:          **17374 N. 89TH AVE.**

City, State and Zip:          **Peoria, AZ 85382**

**Please be advised that effective immediately, the debtor's new mailing address is:**

Name:          **MICHAEL CHRISTOPHER BAIRD**

Street:          **17374 N. 89TH AVE. APT.  #821**

City, State and Zip:          **Peoria, AZ 85382**

*/s/ Mark Wesbrooks*

**MARK WESBROOKS**
Attorney for Debtor